**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:16CR63** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MONICA GOMEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion to extend the pretrial motion deadline by defendant Monica Gomez (Gomez) (Filing No. 72). Gomez seeks an additional thirty days to file pretrial motions. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.     Gomez's motion to extend the pretrial motion deadline (Filing No. 72) is granted.

2.     Gomez is given until May 20, 2016 in which to file pretrial motions in accordance with the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motions, i.e., the **time between April 18, 2016, and May 20, 2016**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 18th day of April, 2016.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge